UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO:

| | |
|---|---|
| COLLETTE BRIGHTMAN,<br>Plaintiff, | **05 cv 11718 RGS**<br>NOTICE OF REMOVAL TO<br>UNITED STATES ~~FEDERAL~~<br>DISTRICT COURT |
| v. | |
| J.C. PENNEY, INC.,<br>Defendant.   MAGISTRATE JUDGE MBB | |

AMOUNT $ 250.00
SUMMONS ISSUED NA
LOCAL RULE 4.1 ✓
WAIVER FORM —
MCF ISSUED —
BY DPTY CLK MP
DATE 8/18/2005

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Please take notice, pursuant to 28 U.S.C. Section 1446, that the defendant as named above, J.C. Penney, Inc. (so-called), properly named as J.C. Penney Corporation, Inc., respectfully petitions this Court for removal of the above-captioned action, from the Bristol County Superior Court (Bristol Superior Court) of the Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. The grounds for removal are as follows:

1. On or about July 11, 2005, the above plaintiff filed a Complaint against the above defendant, J.C. Penney, Inc., in the Commonwealth of Massachusetts, Bristol Superior Court, captioned <u>Collette Brightman v. J.C. Penney, Inc.</u>, Civil Action Number BRCV2005-00753. A true and accurate copy of said Summons and Complaint is attached hereto as Exhibit "A." Plaintiff served a copy of her Summons and Complaint upon J.C. Penney Corporation, Inc., mis-named in the Complaint as J.C. Penney, Inc., on July 21, 2005.[1]

---

[1] In filing this Notice of Removal, the defendant does not waive any defenses with regard to service of process or the adequacy of process.

2. This civil action is pending in Bristol County Massachusetts, and accordingly, under 28 U.S.C. §§101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. The present action is a civil action in which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, and may be removed to this Court pursuant to 28 U.S.C. §1446.

4. Although the plaintiff has stated as damages an amount less than $75,000 in her state court "Civil Action Cover Sheet," attached hereto as Exhibit "B," wherein plaintiff itemizes certain medical expenses totaling $14,782.06, it is the defendant's position in seeking removal herein that the amount in controversy would indeed exceed $75,000, based upon the nature of plaintiff's personal injury claims. See e.g. DeAguilar v. Boeing Co., 47 F. 3d 1404, 1411-12 (5th Cir. 1995). Therefore, plaintiff states that the amount in controversy does meet the statutory requirement.

5. Based upon the allegations in plaintiff's Complaint, the plaintiff is a resident of the Commonwealth of Massachusetts, Bristol County.

6. Plaintiff alleges that the defendant, J.C. Penney, is a corporation with a usual place of business in Dartmouth, Bristol County, Massachusetts. While a J.C. Penney retail store is located at such location, the defendant (misnamed in the Complaint), states that J.C. Penney Corporation, Inc., the defendant as properly named, is a Delaware Corporation with its principal place of business located at 6501 Legacy Drive, Plano, Texas.

7. The defendant, as properly named J.C. Penney Corporation, Inc., is neither a resident of the Commonwealth of Massachusetts nor has a principal place of business in Massachusetts.

8. This Notice of Removal has been filed within thirty (30) days of service of the Complaint upon the defendant, and thus has been filed in a timely manner pursuant to U.S.C. §1446.

9. Because complete diversity of citizenship exists between plaintiff and defendant, and as defendant takes the position that the amount in controversy in this action exceeds the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), removal is proper pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446.

10. Written notice of this motion will be given to the plaintiff promptly after the filing of this motion.

11. The defendant will file a notice of the filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Bristol County for the Commonwealth of Massachusetts.

12. Pursuant to Local Rule 81.1(A), the defendant shall request of the Clerk of the Bristol County Superior Court, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, for the foregoing reasons, the defendant J.C. Penney Corporation, Inc., misnamed in the Complaint as J.C. Penney, Inc., respectfully requests that the above-captioned matter pending in the Superior Court of Bristol County, Massachusetts be removed and that this Court take jurisdiction for trial and determination.

The Defendant,
J.C. Penney Corporation, Inc., misnamed as J.C. Penney, Inc.
By its attorneys,

*[signature]*

Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Dated: 8/18/05

4

## CERTIFICATE OF SERVICE

I, Philip M. Hirshberg, do hereby certify that I have, this date, served the foregoing document, by certified mail, return receipt requested to Stephen J. Amaral, Joseph P. Harrington, P.C., 190 William Street, New Bedford, MA 02740.

Dated: August 18, 2005

_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO#567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                    SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                                                CIVIL ACTION
[SEAL]                                                          No. 05-753

_____COLLETTE BRIGHTMAN_____, Plaintiff(s)

v.

_____JC PENNEY, INC._____, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
    PLEASE INDICATE TYPE OF ACTION INVOLVED :—
    TORT — ~~MOTOR VEHICLE TORT~~ — ~~CONTRACT~~ —
    ~~EQUITABLE RELIEF~~ — ~~OTHER~~)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon ......Joseph..P...Harrington

plaintiff's attorney, whose address is ...190..William..Street,..New..Bedford,..Ma...02740..;
an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at ..New..Bedford............ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the......13th.......................day of......July.......................ced, in the year of our Lord two thousand and ..five..............................

                                                _/s/ Mary J. Savko, Esq._
                                                        Magistrate

A TRUE ATTESTED COPY
BRISTOL COUNTY DEPUTY SHERIFF

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the na[me]... appear in the caption. If a separate summons is used for each defendant, e[ach]... the particular defendant.
3. If the Commonwealth or an officer of agency ther[eof]... o be inserted is 60 days.



EXHIBIT A

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

JSC 24

JUL 22 2005 16:25 FR J C  NNEY        508 997 3333 TO 1<u></u>    389329       P.04/05

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS                             SUPERIOR COURT
                                          DOCKET NO.

****************************
COLLETTE BRIGHTMAN,
    Plaintiff

VS.                                  COMPLAINT

JC PENNEY, INC.,
    Defendant
****************************

1.     Your Plaintiff is Collette Brightman, 55 Reservior Road, Acushnet, MA 02743.

2.     Your Defendant is JC Penney, Inc., a corporation with a usual place of business in Dartmouth, Bristol County, Massachusetts.

3.     On February 23, 2004, the Defendant was in control of a store located in the North Dartmouth Mall in Dartmouth, Bristol County, Massachusetts.

4.     On the same date, the Plaintiff was lawfully upon the premises controlled by the Defendant.

5.     The Defendant so negligently and carelessly permitted shelving, which was being moved by the Defendants, its agents, servants, employees to remain in the aisle, without any warning or guards, so that the premises were dangerous and unsafe for customers therein, including the Plaintiff.

6.     As a result thereof, the Plaintiff was caused to trip and fall, sustain serious injuries, suffered great pain of body and mind, and was obliged to expend money for her medical care and treatment.

       WHEREFORE, Plaintiff demands Judgment against the Defendant for her damages and costs.

LAW OFFICE OF
OSEPH P. HARRINGTON,
P.C.
190 WILLIAM STREET
NEW BEDFORD, MASS
02740-6095

(508) 996-6765

Respectfully Submitted,
Collette Brightman, Plaintiff
By Her Attorney,

JOSEPH P. HARRINGTON, PC

By: _____
STEPHEN J. AMARAL
190 William Street
New Bedford, MA 02740
(508) 996-6765
July 7, 2005
BBO # 017000

LAW OFFICE OF
JOSEPH P. HARRINGTON,
P.C.
190 WILLIAM STREET
NEW BEDFORD, MASS.
02740-6095

(508) 996-6765

JUL 22 2005 16:25 FR J C   NNEY        508 997 3333 TO 19  389329    P.03/05

| CIVIL ACTION COVER SHEET | DOCKET NO(S) | Trial Court of Massachusetts Superior Court Department |
|---|---|---|

| PLAINTIFF(S) Collette Brightman 55 Reservoir Road Acushnet, MA 02743 | DEFENDANT(S) |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Stephen J. Amaral Joseph P. Harrington, PC 190 William St., New Bedford, MA 02740 Board of Bar Overseers number: 017000 | ATTORNEY (if known) |

Received 7/21/05
Callin

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4.
- [ ] 5.
- [ ] 6.

**TYPE OF ACTION AND TRACK DESIGNATION**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B20 | Personal Injury- Slip & Fall | ( F ) | ( x ) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................. $ 6,598.11
2. Total Doctor expenses .................................................... $ 5,566.00
3. Total chiropractic expenses ............................................. $
4. Total physical therapy expenses ........................................ $
5. Total other expenses (describe) knee brace, MRI services, x-rays, lab, medical equipment .............. $ 2,617.95
   Subtotal $ 14,782.06
B. Documented lost wages and compensation to date ........................... $ -0-
C. Documented property damages to date ..................................... $ -0-
D. Reasonably anticipated future medical and hospital expenses .............. $ -0-
E. Reasonably anticipated lost wages ....................................... $ -0-
F. Other documented items of damages (describe) -0-
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe) Grade III tear of the ACL, torn medial meniscus and right kneee requiring surgical repair.

TOTAL $ 14,782.06

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____        DATE: 7/7/05

EXHIBIT
B

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Collette Brightman v. J.C. Penney, Inc..

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright
    cases

    _X_ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,    05cv 11718 RGS
              690, 810, 861-865, 870, 871, 875, 900.

    ___ V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

        None

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                        YES ___    NO _X_

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                                        YES ___    NO _X_

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                        YES ___    NO _X_

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

YES \_\_\_   NO \_X\_

7. DO <u>ALL</u> OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

YES \_\_\_   NO \_X\_

    A.    IF YES, IN WHICH DIVISION DO <u>ALL</u> OF THE NON-GOVERNMENTAL PARTIES RESIDE?

EASTERN DIVISION \_\_\_   CENTRAL DIVISION \_\_\_   WESTERN DIVISION \_\_\_

    B.    IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

EASTERN DIVISION \_X\_   CENTRAL DIVISION \_\_\_   WESTERN DIVISION \_\_\_

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Richard R. Eurich, Esq./Philip M. Hirshberg, Esq.
ADDRESS   Morrison Mahoney, LP
    250 Summer Street Boston, MA 02210
TELEPHONE NO.   (617) 439-7500

(Cover sheet local.wpd - 11/27/00)

05-11718 RGS

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
COLLETTE BRIGHTMAN

**DEFENDANTS**
J.C. PENNEY, INC. (mis-named in plaintiff's complaint. Correct name should be J.C. Penney Corporation, Inc.)

(b) County of Residence of First Listed Plaintiff   Bristol
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stephen J. Amaral, Joseph J. Harrington, P.C., 190 William Street, New Bedford, MA 02740 (508) 996-6765

Attorneys (If Known)
05 11718 RGS
Richard R. Eurich/Philip M. Hirshberg, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210 (617) 439-7500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |   | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |   | ☐ 490 Cable/Sat TV |
|   | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury |   | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |   | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |   | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act |   | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |   ☐ 530 General |   | ☐ 871 IRS—Third Party 26 USC 7609 |   |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |   |   | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |   |   |   |
|   | ☐ 550 Civil Rights |   |   | ☐ 950 Constitutionality of State Statutes |
|   | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |   |   |   |
|   | ☐ 440 Other Civil Rights |   |   |   |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332 (diversity)

Brief description of cause:
Removal of plaintiff's personal injury action arising from alleged trip and fall at retail store.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  8/18/05
SIGNATURE OF ATTORNEY OF RECORD   Richard R. Eurich

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____