

ALL COMMUNICATIONS SHOULD BE ADDRESSED
TO THE CLERK/MAGISTRATE

# Bristol County Superior Court

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

PETER R. ANDRADE, ESQ.
1st ASSISTANT CLERK

MARCEL W. GAUTREAU, ESQ.
ASSISTANT CLERK - CRIMINAL BUSINESS

OFFICE OF THE CLERK/MAGISTRATE
9 COURT ST., ROOM 13.
TAUNTON, MASSACHUSETTS 02780
TAUNTON TEL. (508) 823-6588
FALL RIVER TEL. (508) 672-4464
NEW BEDFORD TEL. (508) 996-2051

ASSISTANT CLERKS

PHILIP F. LEDDY, ESQ.
VALERIE A. BRODEUR, ESQ.
ERIN J. TIERNEY, ESQ.
MARK A. FERRIERA, ESQ.
JOSEPH T. VINCENT, JR., ESQ.

August 23, 2005

05 11718

U.S. District Court
One Courthouse Way
Boston, MA 02210

Re: Brightman v. J.C. Penny, Inc.
    Do. No.: BRCV2005-753A

Dear Sir/Madam:

Please be advised that on today's date the above entitled matter was removed from Bristol Superior Court to the United States District Court. Enclosed please find attested copies of the case.

If you should have any questions or concerns, please contact the Bristol Superior Court Clerk's Office.

Very truly yours,

CLERK/MAGISTRATE

Marc J. Santos
Clerk of Courts

MLB
Enclosures

Case Summary
Civil Docket

## BRCV2005-00753
## Brightman v JC Penney, Inc.

| | | | | | |
|---|---|---|---|---|---|
| File Date | 07/11/2005 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 08/22/2005 | Session | A - CtRm 1 - (Fall River) | | |
| Origin | 1 | Case Type | B20 - Personal Injury-Slip&Fall | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/09/2005 | Answer | 12/08/2005 | Rule12/19/20 | 12/08/2005 |
| Rule 15 | 12/08/2005 | Discovery | 05/07/2006 | Rule 56 | 06/06/2006 |
| Final PTC | 07/06/2006 | Disposition | 09/04/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Collette Brightman
55 Reservoir Road
Acushnet, MA 02743
Active 07/11/2005

**Defendant**
JC Penney, Inc.
Dartmouth, MA 02747
Served: 07/20/2005
Served (answr pending) 07/28/2005

**Other interested party**
FILE COPY
Active 07/11/2005 Notify

**Private Counsel 017000**
Stephen J Amaral
190 William Street
New Bedford, MA 02740
Phone: 508-996-6765
Fax: 508-996-4353
Active 07/11/2005 Notify

**Private Counsel 156600**
Richard R Eurich
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7508
Fax: 617-342-4932
Active 08/23/2005 Notify

**Private Counsel 567234**
Philip M Hirshberg
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
Fax: 617-439-7590
Active 08/23/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/11/2005 | 1.0 | Complaint & civil action cover sheet filed |

MAS-20041213 Commonwealth of Massachusetts 08/23/2005
barbmeli BRISTOL SUPERIOR COURT 10:08 AM
Case Summary
Civil Docket

Case 1:05-cv-11718-RGS   Document 3   Filed 08/25/2005   Page 3 of 16

## BRCV2005-00753
## Brightman v JC Penney, Inc.

| Date | Paper | Text |
|---|---|---|
| 07/11/2005 | | Origin 1, Type B20, Track F. |
| 07/14/2005 | | One Trial case upon review of judge, this matter shall remain in Superior Court. (Richard T. Moses, Justice) |
| 07/28/2005 | 2.0 | SERVICE RETURNED (summons): JC Penney, Inc., service made on July 20, 2005 (agent in charge service)(Sue Costa) |
| 08/22/2005 | 3.0 | Notice for Removal to the United States District Court filed by JC Penney, Inc. |
| 08/22/2005 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 07/11/2005 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One Trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:
_[signature]_
Asst. Clerk of Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO:

05cv 11718 RGS

| | |
|---|---|
| COLLETTE BRIGHTMAN,<br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF REMOVAL TO
UNITED STATES FEDERAL
DISTRICT COURT

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Please take notice, pursuant to 28 U.S.C. Section 1446, that the defendant as named above, J.C. Penney, Inc. (so-called), properly named as J.C. Penney Corporation, Inc., respectfully petitions this Court for removal of the above-captioned action, from the Bristol County Superior Court (Bristol Superior Court) of the Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. The grounds for removal are as follows:

1.  On or about July 11, 2005, the above plaintiff filed a Complaint against the above defendant, J.C. Penney, Inc., in the Commonwealth of Massachusetts, Bristol Superior Court, captioned <u>Collette Brightman v. J.C. Penney, Inc.</u>, Civil Action Number BRCV2005-00753. A true and accurate copy of said Summons and Complaint is attached hereto as Exhibit "A." Plaintiff served a copy of her Summons and Complaint upon J.C. Penney Corporation, Inc., mis-named in the Complaint as J.C. Penney, Inc., on July 21, 2005.[1]

---

[1] In filing this Notice of Removal, the defendant does not waive any defenses with regard to service of process or the adequacy of process.

2.  This civil action is pending in Bristol County Massachusetts, and accordingly, under 28 U.S.C. §§101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.  The present action is a civil action in which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, and may be removed to this Court pursuant to 28 U.S.C. §1446.

4.  Although the plaintiff has stated as damages an amount less than $75,000 in her state court "Civil Action Cover Sheet," attached hereto as Exhibit "B," wherein plaintiff itemizes certain medical expenses totaling $14,782.06, it is the defendant's position in seeking removal herein that the amount in controversy would indeed exceed $75,000, based upon the nature of plaintiff's personal injury claims. See e.g. DeAguilar v. Boeing Co., 47 F. 3d 1404, 1411-12 (5th Cir. 1995). Therefore, plaintiff states that the amount in controversy does meet the statutory requirement.

5.  Based upon the allegations in plaintiff's Complaint, the plaintiff is a resident of the Commonwealth of Massachusetts, Bristol County.

6.  Plaintiff alleges that the defendant, J.C. Penney, is a corporation with a usual place of business in Dartmouth, Bristol County, Massachusetts. While a J.C. Penney retail store is located at such location, the defendant (misnamed in the Complaint), states that J.C. Penney Corporation, Inc., the defendant as properly named, is a Delaware Corporation with its principal place of business located at 6501 Legacy Drive, Plano, Texas.

7.  The defendant, as properly named J.C. Penney Corporation, Inc., is neither a resident of the Commonwealth of Massachusetts nor has a principal place of business in Massachusetts.

8. This Notice of Removal has been filed within thirty (30) days of service of the Complaint upon the defendant, and thus has been filed in a timely manner pursuant to U.S.C. §1446.

9. Because complete diversity of citizenship exists between plaintiff and defendant, and as defendant takes the position that the amount in controversy in this action exceeds the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), removal is proper pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446.

10. Written notice of this motion will be given to the plaintiff promptly after the filing of this motion.

11. The defendant will file a notice of the filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Bristol County for the Commonwealth of Massachusetts.

12. Pursuant to Local Rule 81.1(A), the defendant shall request of the Clerk of the Bristol County Superior Court, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, for the foregoing reasons, the defendant J.C. Penney Corporation, Inc., misnamed in the Complaint as J.C. Penney, Inc., respectfully requests that the above-captioned matter pending in the Superior Court of Bristol County, Massachusetts be removed and that this Court take jurisdiction for trial and determination.

The Defendant,
J.C. Penney Corporation, Inc., misnamed as J.C. Penney, Inc.
By its attorneys,

_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Dated: 8/18/05

A True Copy By Photostatic Process
Attest: _____
Asst. Clerk of Courts

4

## CERTIFICATE OF SERVICE

I, Philip M. Hirshberg, do hereby certify that I have, this date, served the foregoing document, by certified mail, return receipt requested to Stephen J. Amaral, Joseph P. Harrington, P.C., 190 William Street, New Bedford, MA 02740.

Dated: August 18, 2005

_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO#567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

5

BRISTOL, SS SUPERIOR COURT
FILED
JUL 11 2005
MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS                                              SUPERIOR COURT
                                                         DOCKET NO. A05-753

***************************
COLLETTE BRIGHTMAN,
        Plaintiff

VS.
                                        COMPLAINT
JC PENNEY, INC.,
        Defendant
***************************

1.      Your Plaintiff is Collette Brightman, 55 Reservoir Road, Acushnet, MA 02743.

2.      Your Defendant is JC Penney, Inc., a corporation with a usual place of business in Dartmouth, Bristol County, Massachusetts.

3.      On February 23, 2004, the Defendant was in control of a store located in the North Dartmouth Mall in Dartmouth, Bristol County, Massachusetts.

4.      On the same date, the Plaintiff was lawfully upon the premises controlled by the Defendant.

5.      The Defendant so negligently and carelessly permitted shelving, which was being moved by the Defendants, its agents, servants, employees to remain in the aisle, without any warning or guards, so that the premises were dangerous and unsafe for customers therein, including the Plaintiff.

6.      As a result thereof, the Plaintiff was caused to trip and fall, sustain serious injuries, suffered great pain of body and mind, and was obliged to expend money for her medical care and treatment.

        WHEREFORE, Plaintiff demands Judgment against the Defendant for her damages and costs.

LAW OFFICE OF
JOSEPH P. HARRINGTON,
P.C.
190 WILLIAM STREET
NEW BEDFORD, MASS.
02740-6095

(508) 996-6765

Respectfully Submitted,
Collette Brightman, Plaintiff
By Her Attorney,

JOSEPH P. HARRINGTON, PC

By: _____
STEPHEN J. AMARAL
190 William Street
New Bedford, MA 02740
(508) 996-6765
July 7, 2005
BBO # 017000

A True Copy By Photostatic Process
Attest: _____
Asst. Clerk of Courts

LAW OFFICE OF
OSEPH P. HARRINGTON,
P.C.
190 WILLIAM STREET
NEW BEDFORD, MASS.
02740-6095

(508) 996-6765

| CIVIL ACTION COVER SHEET | DOCKET NO(S) A05-753 | Trial Court of Massachusetts Superior Court Department County: BRISTOL |
|---|---|---|
| PLAINTIFF(S) Collette Brightman<br>55 Reservoir Road<br>Acushnet, MA 02743 | | DEFENDANT(S) JC Penney, Inc.<br>North Dartmouth Mall<br>Dartmouth, MA 02747 |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Stephen J. Amaral<br>Joseph P. Harrington, PC<br>190 William St., New Bedford, MA 02740<br>Board of Bar Overseers number: 017000 | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B20 | Personal Injury-<br>Slip & Fall | ( F ) | ( x ) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................... $ 6,598.11
2. Total Doctor expenses .................................................... $ 5,566.00
3. Total chiropractic expenses .............................................. $
4. Total physical therapy expenses .......................................... $
5. Total other expenses (describe) knee brace, MRI services, x-rays, lab, medical equipment ... $ 2,617.95
   Subtotal $ 14,782.06
B. Documented lost wages and compensation to date ............................... $ -0-
C. Documented property damages to date .......................................... $ -0-
D. Reasonably anticipated future medical and hospital expenses .................. $ -0-
E. Reasonably anticipated lost wages ............................................ $ -0-
F. Other documented items of damages (describe) ................................. -0-
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe) Grade III tear of the ACL, torn medial meniscus and right kneee requiring surgical repair.

TOTAL $ 14,782.06

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 7/7/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.  SUPERIOR COURT DEPT. OF THE TRIAL COURT
CIVIL ACTION

[SEAL]  No. 05-753

COLLETTE BRIGHTMAN , Plaintiff(s)

v.

JC PENNEY, INC. , Defendant(s)

BRISTOL, SS SUPERIOR COURT
FILED
JUL 2 8 2005
MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED:—
TORT — ~~MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER~~)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon ......Joseph P. Harrington................................................................................ plaintiff's attorney, whose address is ...190 William Street, New Bedford, Ma. 02740..; an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at ...New Bedford............... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the......13th.............................day of.....July............................, in the year of our Lord two thousand and ..five.............................

*Magistrate*

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.

July 22, 2005

I hereby certify and return that on 7/20/2005 at 07:05 pm I served a true and attested copy of the Summons and Complaint, Ca Cover Sheet, in this action in the following manner: To wit, by delivering in hand to Sue Costa, agent, person in charge at the time of service for JC Penny, Inc., State Road, North Dartmouth, MA 02747.Copies ($2.00), Conveyance ($0.75), Travel ($3.20), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $43.70

Deputy Sheriff Kenneth G. Monteiro

_____
Deputy Sheriff

N.B. TO PROCESS SERVER: —
　　PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS
　　BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20   .

A True Copy By Photostatic Process
Attest:
_____
Asst. Clerk of Courts

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

_____, Plaintiff(s)

v.

_____, Defendant(s)

SUMMONS
(Mass. R. CIV. P. 4)

BRISTOL, ss.

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                                              BRISTOL SUPERIOR COURT
                                                          DOCKET NO: BRCV2005-00753

|                                    |   |
|------------------------------------|---|
| COLLETTE BRIGHTMAN,<br>Plaintiff,  | ) |
| v.                                 | ) |
| J.C. PENNEY, INC.,<br>Defendant.   | ) |

BRISTOL, SS SUPERIOR COURT
FILED
AUG 2 2 [2005]
MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that a Notice of Removal, a true and correct copy of which is attached hereto, was filed by the Defendant, J.C. Penney Corporation, Inc. (mis-named as J.C. Penney, Inc.), in the office of the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, One Courthouse Way, Boston, MA, on the 18th day of August, 2005, relative to the removal and transfer of the above-captioned action.

The Defendant,
J.C. Penney Corporation, Inc. (mis-named as "J.C. Penney, Inc.")
By their attorneys,

_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Dated: 8/18/05

## CERTIFICATE OF SERVICE

I, Philip M. Hirshberg, do hereby certify that I have, this date, served the foregoing document, by certified mail, return receipt requested to Stephen J. Amaral, Joseph P. Harrington, P.C., 190 William Street, New Bedford, MA 02740.

Dated: August 18, 2005

_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO#567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

A True Copy By Photostatic Process
Attest:
_____
Asst. Clerk of Courts

2

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500
FACSIMILE: 617-439-7590

Richard R. Eurich
Direct Dial: (617) 439-7508
Direct Fax: (617) 342-4932
reurich@morrisonmahoney.com

Philip M. Hirshberg
Direct Dial: (617) 737-8860
Direct Fax: (617) 342-4929
phirshberg@morrisonmahoney.com

MASSACHUSETTS         CONNECTICUT
BOSTON                HARTFORD
FALL RIVER
SPRINGFIELD           NEW YORK
WORCESTER             NEW YORK

RHODE ISLAND          ENGLAND
PROVIDENCE            LONDON

August 18, 2005

Bristol County Superior Court
Civil Clerk's Office
Attention: Removal Clerk
441 North Main Street
Fall River, MA 02720

Re:   Collette Brightman v. J.C. Penney, Inc.
      Bristol County Superior Court Civil Action No. 05-753

Dear Sir or Madam:

Enclosed for filing and docketing in the above-referenced matter, please find the following:

   1.   Notice of Filing of Notice of Removal.

Thank you for your cooperation in this matter.

Very truly yours,

Richard R. Eurich
Philip M. Hirshberg

RRE/PMH/
Enclosures
cc:   Stephen J. Amaral
      Joseph P. Harrington, P.C.
      190 William Street
      New Bedford, MA 02740
      (By Certified Mail, Return Receipt Requested)