UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 05 CV 11718 RGS

| | |
|---|---|
| COLLETTE BRIGHTMAN,<br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY, INC.,<br>    Defendant. | **CERTIFICATION OF DEFENDANT J.C. PENNEY, INC., PURSUANT TO LOCAL RULE 16.1(D)(3)** |

Now comes the defendant, J.C. Penney, Inc. (so-called) ("J.C. Penney"), properly named as J.C. Penney Corporation, Inc., and pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, certifies that it and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                              J.C. Penney Corporation, Inc.,
                                              improperly named as J.C. Penney, Inc.,

                                              */s/ Renée Ramirez*
                                              By Renée Ramirez
                                              Claims Specialist
                                              Legal Department, J.C. Penney Corporation, Inc.

938579v1

The Defendant,
J.C. Penney Corporation, Inc.,
improperly named as J.C. Penney, Inc.,
By its attorneys,

/s/ *Philip M. Hirshberg*
_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

## CERTIFICATE OF SERVICE

I, Philip M. Hirshberg, do hereby certify that I have, this date, served the foregoing document upon Scott D. Peterson, Esquire, Healy & Healy, P.C., 15 Walnut Street, Wellesley Hills, MA 02481.

Dated: October 25, 2005

/s/ *Philip M. Hirshberg*
_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO# 567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500