UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 05 CV 11718 RGS

| | |
|---|---|
| COLLETTE BRIGHTMAN,<br>　　　Plaintiff,<br><br>v.<br><br>J.C. PENNEY, INC.,<br>　　　Defendant. | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3 OF DEFENDANT, J.C. PENNEY, INC.** |

　　　Now comes the defendant, J.C. Penney, Inc. (so-called), properly named as J.C. Penney Corporation, Inc., and pursuant to Local Rule 7.3(A), hereby identifies any parent corporation and any publicly held company that owns 10% or more of the party's stock:

　　　J.C. Penney Company, Inc.

The Defendant,
J.C. Penney Corporation, Inc.,
improperly named as J.C. Penney, Inc.,
By its attorneys,

/s/ *Philip M. Hirshberg*

_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

2

CERTIFICATE OF SERVICE

I do hereby certify that I have, this date, served the foregoing document, by first class mail, postage prepaid, to Scott D. Peterson, Esquire, Healy & Healy, P.C., 15 Walnut Street, Wellesley Hills, MA  02481.

Dated:  October 31, 2005

/s/ *Philip M. Hirshberg*
_____
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO# 567234
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

2

938578v1