AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———— District of ————

Colette Brightman

v.

J. C. Penney Corporation, Inc.

**APPEARANCE**

CASE NUMBER: 05-CV-11718-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Plaintiff, Colette Brightman

I certify that I am admitted to practice in this court.

FILED IN OPEN COURT 10/31/05

Date: October 31, 2005

Signature: [signed]

Print Name: Scott D Peterson
Bar Number: 548596

Address: 15 Walnut St

City: Wellesley Hills    State: MA    Zip Code: 02481

Phone Number: 781 431-0040 x 202    Fax Number: 781 431-0154