UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COLLETTE BRIGHTMAN,<br>    Plaintiff,<br><br>VS.<br><br>J.C. PENNEY, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)   DOCKET NO: 05 CV 11718 RGS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel of record for the plaintiff, Collette Brightman, in connection with the above-captioned matter.

Respectfully Submitted,

_____
Scott D. Peterson
BBO No.: 548596
Healy & Healy, P.C.
15 Walnut Street, Suite 400
Wellesley Hills, MA 02481
(781) 431-0040 x202
speterson@healyhealy.com

Dated: October 25, 2005

### Certificate of Service

    I, Scott D. Peterson, do hereby certify that I have, this date, served the foregoing pleading, by first class mail, postage pre-paid, to Richard R. Eurich, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, MA 02210

_____
Scott D. Peterson

Dated: October 25, 2005