UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLETTE BRIGHTMAN,<br>Plaintiff,<br><br>VS.<br><br>J.C. PENNEY, INC.,<br>Defendant. | DOCKET NO: 05 CV 11718 RGS |

## LOCAL RULE 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1 (D) (3), Collette Brightman and the undersigned counsel affirm that they have conferred: (a) with a view to establish a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Scott D. Peterson
BBO No.: 548596
Healy & Healy, P.C.
15 Walnut Street, Suite 400
Wellesley Hills, MA 02481
(781) 431-0050

_____
Collette Brightman

Dated: NOVEMBER 7, 2005

## Certificate of Service

I, Scott D. Peterson, do hereby certify that I have, this date, served the foregoing pleading, by first class mail, postage pre-paid, to:

>Richard R. Eurich, Esq.
>Philip M. Hirshberg, Esq.
>Morrison Mahoney, LLP
>250 Summer Street
>Boston, MA  02210

*Scott D. Peterson*
Scott D. Peterson

Dated: November 16, 2005