UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRISTOL, SS                                    DOCKET NO. 05 CV 117818 RGS

****************************

COLLETTE BRIGHTMAN,
        Plaintiff

VS.
                                               WITHDRAWAL OF
JC PENNEY, INC.,                               APPEARANCE
        Defendant
****************************

NOW COMES Joseph P. Harrington, counsel for Plaintiff, and requests
that his Appearance in the above-captioned matter be withdrawn. As reason
therefore, Scott D. Peterson, Esq., of the Law Firm of Healy & Healy, has filed his
Appearance on behalf of the Plaintiff, Collette Brightman.

Respectfully Submitted,

JOSEPH P. HARRINGTON, PC

JOSEPH P. HARRINGTON
190 William Street
New Bedford, MA 02740
(508) 996-6765
December 1, 2005
BBO # 222820

AFFIDAVIT OF SERVICE

I, Joseph P. Harrington, Esq., hereby certify that I have served the within
Withdrawal of Appearance upon and mailed a copy of the same postage prepaid,
first class mail this 1st day of December, 2005 to Scott D. Peterson, Esq., Healy &
Healy, PC, 15 Walnut Street, Wellsley Hills, MA 02481 and Richard R. Eurich,
Esq. and Philip M. Hirshberg, Esq., Morrison Mahoney LLP, 250 Summer Street,
Boston, MA 02210-1181.

JOSEPH P. HARRINGTON

LAW OFFICE OF
JOSEPH P. HARRINGTON,
P.C.
190 WILLIAM STREET
NEW BEDFORD, MASS.
02740-6095

(508) 996-6765