UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLETTE BRIGHTMAN,<br>　　　Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)　DOCKET NO: 05 CV 11718 RGS<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

TO THE CLERK OF THE ABOVE-NAMED COURT

　　　In accordance with the provisions of Mass. R. Civ. P. 41, the parties to the above-captioned matter hereby stipulate to dismiss, with prejudice, without costs or attorney's fees, and waiving all rights of appeal, any and all claims in the above action.

| The Plaintiff,<br>Collette Brightman,<br>By her attorneys, | The Defendant,<br>J.C. Penney Corporation, Inc.<br>By its Attorneys, |
|---|---|
| */s/ Scott D. Peterson* | */s/ Philip M. Hirshberg* |
| Scott D. Peterson, Esquire<br>HEALY & HEALY, P.C.<br>15 Walnut Street<br>Wellesley Hills, MA  02481<br>(781) 431-0040 | Philip M. Hirshberg, BBO #567234<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA  02210<br>(617) 439-7500 |